| | | | |
|---|---|---|---|
| Town of Grand Chute v. Kowalewski | 2015AP001788 | 09–20–2016 | Affirmed |
| State v. Giese | 2015AP001838 CR | 09–13–2016 | Affirmed |
| State v. Amato | 2015AP001867 CR | 09–22–2016 | Affirmed |
| State v. Hill† | 2015AP001939 | 09–27–2016 | Affirmed |
| State v. Bivens† | 2015AP001990 CR | 09–07–2016 | Affirmed |
| Helgerson v. Wal-Mart Stores, Inc. | 2015AP001993 | 09–29–2016 | Affirmed |
| State v. Sisson† | 2015AP002001 | 09–27–2016 | Affirmed |
| Harp v. Department of Health Services | 2015AP002013 | 09–28–2016 | Affirmed |
| State v. Asboth, Jr.† | 2015AP002052 CR | 09–29–2016 | Affirmed |
| State v. Dallman† | 2015AP002113 CR | 09–07–2016 | Affirmed |
| Fischer v. City of Prairie du Chien† | 2015AP002116 | 09–01–2016 | Affirmed |
| State v. McNeal† | 2015AP002123 CR | 09–20–2016 | Affirmed |
| Napper v. Smart Dollar Auto | 2015AP002151 | 09–27–2016 | Affirmed |
| Fenley v. Fenley | 2015AP002195 | 09–07–2016 | Affirmed |
| State v. Siekierzynski | 2015AP002350 CR | 09–07–2016 | Affirmed |
| State v. Lay† | 2015AP002380 CR | 09–28–2016 | Affirmed |
| Nahmens v. Zimmermann | 2015AP002422 | 09–15–2016 | Affirmed |
| Mueller v. Palan | 2015AP002455 | 09–29–2016 | Affirmed |
| Bob Ewers Contracting LLC v. Jacobean Enters., LLC | 2015AP002542 | 09–08–2016 | Affirmed |
| State v. Vice† | 2015AP002558 CR | 09–13–2016 | Reversed and remanded |
| State v. Kerk | 2015AP002608 CR | 09–13–2016 | Affirmed |
| State v. Jackson | 2015AP002628 | 09–22–2016 | Affirmed |
| Gomez v. Leszczynski | 2016AP000047 | 09–14–2016 | Affirmed and remanded |
| Simonson v. Vaira | 2016AP000113 | 09–28–2016 | Affirmed |

† Petition to review filed.